PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDREA SMITH, <br><br>         Plaintiff, <br><br> v. <br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br>         Defendant. | Case No.: 2:23-cv-02681-CKD <br><br> STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from May 20, 20204 to June 20, 2024. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because, given the larger than normal brief and transcript. Defendant needs additional time to respond to Plaintiff's motion for summary judgment.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before June 20, 2024;

- Plaintiff's optional reply will be due within 15 days of the filing of Defendant's brief (on or before July 5, 2024).

Respectfully submitted,

Dated: May 17, 2024

*/s/  Jonathan Pena\**
(*as authorized via e-mail on 5/17/24)
JONTHAN O. PENA
Attorney for Plaintiff

Dated:  May 17, 2024

PHILLIP A. TALBERT
United States Attorney

By:      */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  May 20, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE